IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**BRIAN TRACEY HILL,**

      **Plaintiff,**           CV F 04 5838 LJO WMW P

    **vs.**                    **ORDER RE MOTION (DOC 17 )**

**DEPT. OF CORRECTIONS, et al.,**

      **Defendants.**

      On January 18, 2006, Plaintiff filed a motion titled as a motion for order of service upon defendants.  On February 23, 2007, an order was entered, dismissing this action as time-barred.  Judgment was entered on that date, and this case was closed.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for service of process upon defendants is denied as moot.

IT IS SO ORDERED.

**Dated:**   **July 2, 2007**             /s/  William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE